UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81183-ROSENBERG/REINHART

REGAN BEAGLE & SHAWN BEAGLE,

    Plaintiffs,

v.

FLAGSTAR BANK, FSB,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon Defendant's Motion to Dismiss, DE 12, which was previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. On November 20, 2023, Judge Reinhart issued a Report and Recommendation recommending that the Motion be denied. DE 23. The parties filed notices of non-objections to Judge Reinhart's Report and Recommendation. DE 24; DE 27. The Court has reviewed the Report and Recommendation, the parties' notices, and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in Judge Reinhart's Report and Recommendation and concludes that Defendant's Motion should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation, DE 23, is hereby **ADOPTED**;

2. Defendant's Motion to Dismiss, DE 12, is **DENIED**;

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of November, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record